**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
  rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE GUIDOTTI and AARON SALAZAR, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DINE BRANDS GLOBAL, INC.,<br><br>Defendant. | Case No. 3:26-cv-03288-WHO<br><br>Hon. William H. Orrick<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MOTION TO COMPEL ARBITRATION OPPOSITION DEADLINE** |

Plaintiffs Nicole Guidotti and Aaron Salazar ("Plaintiffs") and Defendant Dine Brands Global, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 26, 2026, Defendant filed a Motion to Compel Arbitration;

WHEREAS, Plaintiffs' opposition is currently due June 9, 2026, and Defendant's reply is currently due June 16, 2026;

WHEREAS, Plaintiffs require a brief extension of time to prepare their opposition to Defendant's Motion to Compel Arbitration;

WHEREAS, Defendant stipulates to and does not oppose Plaintiffs' request;

WHEREAS, the only prior extension in this matter was a 30-day extension, agreed to by the Parties, for Defendant to respond to the Complaint;

WHEREAS, the requested extension will not affect any other case deadlines, including the August 5, 2026 hearing on Defendant's Motion to Compel Arbitration;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the briefing schedule shall be modified as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Plaintiffs to Oppose Defendant's Motion to Compel Arbitration | June 9, 2026 | June 16, 2026 |
| Deadline for Defendant to File Reply In Support of Motion to Compel Arbitration | June 16, 2026 | June 23, 2026 |
| Hearing on Motion to Compel Arbitration | August 5, 2026 2:00 p.m. | August 5, 2026 2:00 p.m. |

**IT IS SO STIPULATED.**

Dated: June 8, 2026

STIPULATION AND [PROPOSED] ORDER RE EXTENSION – CASE NO. 3:26-CV-03288-WHO

**GUTRIDE SAFIER LLP**

/s/*Rajiv V. Thairani*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
  rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

**MANATT, PHELPS & PHILLIPS, LLP**

/s/*Brandon P. Reilly*
BRANDON P. REILLY (Bar No. CA 278012)
BReilly@manatt.com
KYLA NÚÑEZ (Bar No. CA 329484)
KNunez@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: 714.338.2701
Facsimile: 714.371.2550 Attorneys for

*Defendant DINE BRANDS GLOBAL, INC.*

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: June 8, 2026       **GUTRIDE SAFIER LLP**

By: /s/*Rajiv V. Thairani/*
Rajiv V. Thairani (SBN 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
(415) 639-9090
(415) 449-6469 (fax)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 8, 2026

The Honorable William H. Orrick
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION – CASE NO. 3:26-CV-03288-WHO