**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**MANATT, PHELPS & PHILLIPS, LLP**
Brandon P. Reilly (State Bar No. 278012)
breilly@manatt.com
Kyla Nuñez (State Bar No. 329484)
knunez@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (714) 338-2701
Facsimile: (714) 371-2550

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICOLE GUIDOTTI, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DINE BRANDS GLOBAL, INC.,<br><br>Defendant. | Case No. 3:26-cv-03288-WHO<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING MOTION TO DISMISS AND STRIKE OPPOSITION DEADLINE** |

Plaintiff Nicole Guidotti ("Plaintiff") and Defendant Dine Brands Global, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on June 23, 2026, the Parties stipulated to extend Defendant's deadline to respond to the Complaint and to establish a briefing schedule for Defendant's anticipated motion to dismiss (ECF No. 21);

WHEREAS, on June 24, 2026, the Court approved that stipulation and set August 4, 2026, as the deadline for Defendant's motion to dismiss, September 1, 2026, as the deadline for Plaintiff's opposition, September 22, 2026, as the deadline for Defendant's reply, and October 7, 2026, as the hearing date (ECF No. 22);

WHEREAS, Defendant filed its motion to dismiss and strike on August 4, 2026;

WHEREAS, Plaintiff has requested a one-week extension through September 8, 2026, to prepare and file her opposition, and Defendant has agreed to that request;

WHEREAS, the requested extension is made in good faith and is not sought for purposes of delay;

WHEREAS, the previous modifications of time in this action consist of a 30-day extension of Defendant's deadline to respond to the Complaint and a one-week extension of Plaintiff's deadline to oppose Defendant's motion to compel arbitration. Plaintiff has not previously requested an extension of the stipulated briefing schedule for the pending motion;

WHEREAS, requested extension will also extend Defendant's reply deadline by one week but will not affect any other case deadlines, including the October 7, 2026 hearing on Defendant's Motion to Dismiss and Strike;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the briefing schedule shall be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Plaintiffs to Oppose Defendant's Motion to Dismiss and Strike | September 1, 2026 | September 8, 2026 |
| Deadline for Defendant to File Reply In Support of Motion to Dismiss and Strike | September 22, 2026 | September 29, 2026 |
| Hearing on Motion to Dismiss and Strike | October 7, 2026 2:00 p.m. | **October 28, 2026** |

**IT IS SO STIPULATED.**

Dated: August 26, 2026

**GUTRIDE SAFIER LLP**

/s/ Rajiv V. Thairani
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**MANATT, PHELPS & PHILLIPS, LLP**

/s/Brandon P. Reilly
Brandon P. Reilly (State Bar No. 278012)
breilly@manatt.com
Kyla Nuñez (State Bar No. 329484)
knunez@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (714) 338-2701
Facsimile: (714) 371-2550

*Attorneys for Defendant*

## ATTESTATION

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: August 26, 2026

**GUTRIDE SAFIER LLP**

By: /s/Rajiv V. Thairani
Rajiv V. Thairani (SBN 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
(415) 639-9090
(415) 449-6469 (fax)

PURSUANT TO STIPULATION **AS MODIFIED BY THE COURT**, IT IS SO ORDERED.

Dated: August 28, 2026

The Honorable William H. Orrick
United States District Judge